

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| HEROLD FRANCOIS,<br>          Petitioner | * | CIVIL ACTION |
| | * | NUMBER: 04-1345 |
| v. | * | SECTION: "A" (6) |
| JOHN ASHCROFT, ATTORNEY<br>GENERAL,<br>          Respondent. | * | |
| | * | |

\* \* \*

### MOTION TO DISMISS AS MOOT AND
### INCORPORATED MEMORANDUM IN SUPPORT THEREOF

**NOW INTO COURT**, comes the defendant, the United States of America, through the undersigned Assistant United States Attorney, who respectfully moves this Honorable Court to dismiss petitioner's habeas petition as moot.

Petitioner filed a Petition for Writ of Habeas Corpus on May 7, 2004. In his petition petitioner requested that he be released from detention by the Department of Homeland Security (DHS), formerly the Immigration and Naturalization Service (INS). See Petition for Writ of Habeas Corpus. As evidenced by the Release Notification issued by the Office of Detention and Removal Operations, U.S. Immigration and Customs Enforcement, dated June 30, 2004 and attached hereto

1

as Exhibit A, petitioner was ordered released from DHS custody under an order of supervision on June 30, 2004. Now that petitioner has been ordered released and will no longer be in DHS custody in the immediate future, he was afforded the relief sought in his petition. Therefore, the petition should be dismissed as moot.

**WHEREFORE,** it is respectfully submitted that petitioner's habeas petition should be dismissed as moot.

    Respectfully submitted,

    JIM LETTEN
    UNITED STATES ATTORNEY

    */s/ Kathryn Becnel*
    KATHRYN W. BECNEL (23641)
    Assistant United States Attorney
    Hale Boggs Federal Building
    500 Poydras Street, 210B
    New Orleans, Louisiana 70130
    Telephone: (504) 680-3025

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **HEROLD FRANCOIS,**<br>Petitioner | * | CIVIL ACTION |
| | * | NUMBER: 04-1345 |
| v. | * | SECTION: "A" (6) |
| **JOHN ASHCROFT, ATTORNEY GENERAL,**<br>Respondent. | * | |
| | * | |

\* \* \*

## NOTICE

TO: Herold Francois
(last know address)
Plaquemine Parish Detention Center
110 Prison Road
Braithwaite, LA 70040

**PLEASE TAKE NOTICE** that the foregoing Motion to Dismiss will be brought for hearing before the Honorable ~~Jay C. Zainey~~ *Louis Moore, Jr.*, United States District Judge for the Eastern District of Louisiana, at the United States Courthouse, 500 Poydras Street, New Orleans, Louisiana, on Wednesday, the 28th of July, 2004, at ~~9:00~~ *11:00* A.M. or as soon thereafter as counsel may be heard.

Respectfully submitted,

JIM LETTEN
UNITED STATES ATTORNEY

_____
KATHRYN W. BECNEL (23641)
Assistant United States Attorney
Hale Boggs Federal Building
500 Poydras Street, 210B
New Orleans, LA 70130
Telephone: (504) 680-3025

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon counsel for all parties by mailing the same to each, properly addressed and postage prepaid, this 30th day of June, 2004.

_____
KATHRYN W. BECNEL
**Assistant United States Attorney**

Off' of Detention and Removal Operations
U.S. Department of Homeland Security
425 I Street, NW
Washington, DC 20536



**U.S. Immigration and Customs Enforcement**

Herold FRANCOIS (A75 352 473)
C/O DHS/ICE
Miami Field Office

## Release Notification

Upon review of your case, U.S. Immigration and Customs Enforcement (ICE) has concluded that you may be released from ICE custody pending your removal from the United States. This release does not affect your removal order and does not constitute an admission to the United States.

Your release will be subject to certain written conditions that will be provided to you shortly, and by which you must abide. A violation of one of more of these conditions, or of any local, state or federal law may result in your being taken back into custody and any bond that you may have posted being forfeited. Your release from custody is also conditioned upon your maintaining proper behavior while sponsorship and placement efforts for you are being undertaken.

Prior to your release from custody, an immigration officer will verify the sponsorship or employment offers presented during your review. Please forward any additional information regarding potential sponsoring family members or non-governmental organizations that may be willing to assist you upon release.

It is particularly important that you keep ICE advised of your address at all times. We will continue to make efforts to obtain your travel document that will allow the United States government to carry out your removal pursuant to your order of deportation, exclusion, or removal. In addition, you are required by law to continue to make good faith efforts to secure a travel document on your own. Once a travel document is obtained, you will be required to surrender to ICE for removal. You will, at that time, be given an opportunity to prepare for an orderly departure.

_____       6/30/04
Signature of HQPDU Director/Designated Representative       Date

GOVERNMENT EXHIBIT A